PROB 12B
(7/93)

Report Date: February 19, 2010

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kevin Stokes Murphy          Case Number: 2:98CR00004-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 05/29/1998          Type of Supervision:     Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)     Date Supervision Commenced: 06/16/2009

Original Sentence: Prison - 151 months;          Date Supervision Expires: 06/15/2012
                             TSR - 36 months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16.     Waive the interest and penalties for the financial obligation ordered in this case.

## CAUSE

The U.S. probation officer currently supervising Mr. Murphy, in the District of Kansas, has requested the above modification. It is evident by reviewing the defendant's payment history, that with the interest and penalties, his progress in satisfying this obligation will be limited.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     02/19/2010

s/Richard Law

Richard Law
U.S. Probation Officer

Prob 12B
**Re:  Murphy, Kevin Stokes**
**February 19, 2010**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[ x ]   The Modification of Conditions as Noted Above
[  ]    Other

s/ Fred Van Sickle
_____
Signature of Judicial Officer

February 19, 2010
_____
Date
